```
Jan K. Tomasik
Nevada Bar No. 15104
COZEN O'CONNOR
1180 North Town Center Drive,
Suite 260
Las Vegas, NV 89144
Telephone: 702.470.2317
Facsimile: 702.470.2353
JTomasik@cozen.com
```

*Attorney for Defendant Sun Life Assurance Company of Canada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PF PARTICIPATION FUNDING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Case No.: 2:25-cv-00522-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

WHEREAS, on March 20, 2025, Plaintiff PF Participation Funding Trust ("Plaintiff") filed its Complaint (ECF No. 1);

WHEREAS, on March 21, 2025, the Deputy Clerk issued a Summons as to Defendant Sun Life Assurance Company of Canada ("Defendant") (ECF No. 4);

WHEREAS, on March 24, 2025, Plaintiff duly served Defendant at its principal office with the Summons, Complaint, and other documents as listed in the Proof of Service (ECF No. 10);

WHEREAS, Defendant's deadline to respond to the Complaint is currently April 14, 2025;

WHEREAS, counsel for Defendant requested an extension of time to April 24, 2025 to answer, move, or otherwise respond to Plaintiff's Complaint; and

WHEREAS, counsel for Plaintiff agreed to the request;

WHEREAS, this is the first request for an extension of time for Defendant to respond to Plaintiff's Complaint;

1  WHEREAS, this extension request is based on Defendant's counsel's schedule to allow for
2  adequate time to respond to the Complaint. Thus, good cause exists for this extension.
3  NOW, THEREFORE, IT IS STIPULATED, by and between the parties hereto, through their
4  respective counsel, that Defendant shall have up to and including April 24, 2025, to answer, move, or
5  otherwise respond to Plaintiff's Complaint.

Dated: April 3, 2025

**HOLLAND & HART LLP**

By: */s/ Erica Medley*
Bryce K. Kunimoto
Nevada Bar No. 7781
Erica C. Medley
Nevada Bar No. 13959
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702.669.4600
bkunimoto@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Plaintiff*
*PF Participation Funding Trust*

Dated: April 3, 2025

COZEN O'CONNOR

By: */s/ Jan Tomasik*
Jan K. Tomasik
Nevada Bar No. 15104
1180 North Town Center Drive,
Suite 260
Las Vegas, NV 89144
Telephone: 702.470.2317
JTomasik@cozen.com

*Attorneys for Defendant*
*Sun Life Assurance Company of Canada*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2025

2