Bryce K. Kunimoto (7781)
Erica C. Medley (13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
bkunimoto@hollandhart.com
ecmedley@hollandhart.com

Khai LeQuang (*pro hac vice*)
Richard W. Krebs (*pro hac vice*)
Joseph M. Jung (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 567-6700
klequang@orrick.com
rkrebs@orrick.com
jjung@orrick.com

*Attorneys for Plaintiff*
*PF Participation Funding Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PF PARTICIPATION FUNDING TRUST,<br><br>Plaintiff,<br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Case No.: 2:25-cv-00522-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff PF Participation Funding Trust and Defendant Sun Life Assurance Company of Canada, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice.

/ / /

/ / /

/ / /

/ / /

1

DATED this 14th day of May 2025.

| | |
|---|---|
| **HOLLAND & HART LLP** | **COZEN O'CONNOR** |
| */s/ Bryce K. Kunimoto* | */s/ Jan Tomasik* |
| Bryce K. Kunimoto | Jan K. Tomasik (15104) |
| Erica C. Medley | Charles J. Vinicombe (*pro hac vice*) |
| 9555 Hillwood Drive, 2nd Floor | Ilya Schwartzburg (*pro hac vice*) |
| Las Vegas, NV 89134 | Matthew L. Elkin (*pro hac vice*) |
| | 1180 North Town Center Drive, Ste 260 |
| Khai LeQuang (*pro hac vice*) | Las Vegas, NV 89144 |
| Richard W. Krebs (*pro hac vice*) | |
| Joseph M. Jung (*pro hac vice*) | *Attorneys for Defendant Sun Life* |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | *Assurance Company of Canada* |
| 2050 Main Street, Suite 1100 | |
| Irvine, CA 92614 | |
| | |
| *Attorneys for Plaintiff* | |
| *PF Participation Funding Trust* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2025